# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-101 | MAGIS. NO: |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| Harol Rodrigo Suarez-Garcia, et al. | Nestor Dario Castro a/k/a "Alberto" | **FILED** OCT - 9 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Distribute Five (5) Kilograms or More of Cocaine with the Intent and Knowledge that the Cocaine Would Be Unlawfully Imported into the United States

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21 U.S.C. § 963 i/c/w 21 U.S.C. §§ 959 & 960, and
18 U.S.C. § 2

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: APR 25 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: APR 25 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10/9/07 | Anthony Sandoval USM | [signature] |