CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 06-101-2 (GK) |
| | ) | |
| | ) | Category  B |
| | ) | |
| NESTOR DARIO CASTRO | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on October 25, 2007 from The Calendar Committee to Judge Gladys Kessler by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Kessler & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk ✓
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk