UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 06-101 (GK) |
| ) | |
| NESTOR DARIO CASTRO ) | |
| a/k/a "Alberto" ) | |
| ) | |

## GOVERNMENT'S CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

**COMES NOW** the United States of America, by and through the undersigned attorney, with consent of defense counsel, and hereby moves the Court to reschedule the status conference set for November 15, 2007 at 10:00 a.m., as the undersigned will be on official travel in Nevada until November 16. The undersigned was unable to schedule the aforementioned travel any other time. If possible, the government would request the conference be reset for November 19 or November 20. The government and defense counsel are available all day both days, including in the early morning.

**WHEREFORE**, for the foregoing reasons, the United States respectfully asks the Court to grant this motion.

Respectfully submitted,

_____
James A. Faulkner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
(202) 616-8648

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading and proposed order were delivered to the parties via ECF on this date, November 7, 2007.

_____
James A. Faulkner