UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 06-101 (GK) |
| v. | |
| NESTOR DARIO CASTRO, et al. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. of Retureta & Wassem, PLLC as retained counsel of record for Nestor Dario Castro in the above captioned case.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar # 430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073  Office
(202) 220-3130  Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 14th day of November 2007.

_____
Manuel J. Retureta, Esq.