**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Case No.:  06-101  (GK)** |
| **NESTOR DARIO CASTRO, et al.** | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**OPPOSITION TO GOVERNMENT**
**MOTION TO SUSPEND COMPUTATION OF TIME**

**COMES NOW** Defendant Nestor Dario Castro (hereinafter referred to as "Mr. Castro"), through undersigned counsel, and submits this motion for leave to file the accompanying opposition to the government's motion to exclude time under the Speedy Trial Act and declare the case complex.  *See* ECF Doc. 11.

Undersigned counsel neglected to file the above referenced motion while out of town for the Thanksgiving holiday and while preparing for an extensive post-trial motion/sentencing hearing.  Counsel realized the oversight today, one day after the court deadline.

Government counsel could not be reached for consent due to his travel commitments. However, the government will not be prejudiced by this motion.

**WHEREFORE,** defendant asks that this motion be granted.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

By:              /s/
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue NW
South Building ~ Suite 900
Washington, DC   20004
mjr.rw@verizon.net

(202) 220-3073
Counsel for Nestor Dario Castro

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was served, per agreement of counsel, upon all parties via ECF filing on this 27th day of November 2007.

_____/s/_____
Manuel J. Retureta, Esq.