UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **Crim. Case No.: 06-101 (GK)** |
| v. | |
| **NESTOR DARIO CASTRO, et al.** | |

### ORDER

Upon consideration of defendant's motion for leave to file an opposition to the government's motion to exclude time under the Speedy Trial Act and declare the case complex. *See* ECF Doc. 11. The defendant's motion is **GRANTED** and the Clerk of the Court is directed to file the opposition that has been attached to the defendant's motion for leave to late file.

So ordered this ___ day of _____, 20__.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF.