

**U.S. Department of Justice**

Criminal Division
Narcotic and Dangerous Drug Section

---

1400 New York Avenue, N.W.
Washington, D.C. 20005

November 8, 2007

Rita B. Bosworth, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

    Re: *United States v. Nestor Dario Castro, a/k/a "Alberto", et al.* No. 06-101 (GK)

Dear Ms. Bosworth:

    I am providing you with a second set of discovery containing all of the physical evidence in the government's possession in the case against your client, Nestor Dario Castro, a/k/a "Alberto". Below is a list of the exhibits being turned over at this time, with the exception of N-83, which was damaged and must be re-duplicated, and thus will be turned over in a few days. The emails listed were turned over in the first discovery. Please check the items and let me know as soon as possible if you are missing anything.

| | |
|---|---|
| N-1 | N/A |
| N-2 | N/A |
| N-3 | N/A |
| N-4 | 10-9-05 several calls and/or attempted calls in Nicaragua between CS-Suarez |
| N-5 | 10-9-05 several calls and/or attempted calls in Nicaragua between CS-Suarez |
| N-6 | 10-9-05 several calls and/or attempted calls in Nicaragua between CS-Suarez |
| N-7 | 10-9-05 several calls and/or attempted calls in Nicaragua between CS-Suarez |
| N-8 | 11-4-05 DVD video recording of weapons flash in Nicaragua involving Nicaraguan UC, CS, and Suarez |
| N-9 | 11-4-05 CD audio recording of weapons flash in Nicaragua involving Nicaraguan UC, CS, and Suarez |

N-10	11-5-05 DVD video-audio recorded meeting between CS-Suarez-Gonzalez in Nicaraguan hotel room to fine tune details of cocaine-for-weapons swap.

N-11	11-5-05 DVD video-audio recorded meeting between CS-Suarez-Gonzalez in Nicaraguan hotel room to fine tune details of cocaine-for-weapons swap.

N-12 through N-35            N/A

| | | | |
|---|---|---|---|
| N-36 | 11-19-04 | UC call OUTGOING UNKNOWN | CS Harol Rodrigo SUAREZ |

N-37	Nov. 14, 16, 17	3 emails from Suarez (diminik131@hotmail.com) re: sale of heroin to CS.

N-38	preserved data from (diminik131@hotmail.com) pursuant to search warrant

N-39	Dec. 10, 13	2 emails from Suarez (diminik131@hotmail.com) to CS

| | | | |
|---|---|---|---|
| N-40 | 12-20-04 | UC call OUTGOING 011-502-5292-2657 | CS Harol Rodrigo SUAREZ |

N-41	Nov. 17, 2004 (2 email messages and address book contacts pursuant to search warrant on (diminik131@hotmail.com) *(appears to be only 1 email – will verify)*

| | | | |
|---|---|---|---|
| N-42 | 12-21-04 | UC call OUTGOING 011-502-5292-2657 | CS Harol Rodrigo SUAREZ |
| N-43 | On or about 12-13-04 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-44 | On or about 12-13-04 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-45 | On or about 12-13-04 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-46 | On or about 12-13-04 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |

| | | | |
|---|---|---|---|
| N-47 | Nov. 27, Dec. 1 -- 2 emails from Suarez (diminik131@hotmail.com) to CS | | |
| N-48 | On or about 12-13-04 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-49 | Nov. 15, 16, 17, 27, 28, 30 -- 7 emails from Suarez (diminik131@hotmail.com) to CS | | |
| N-50 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-51 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-52 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-53 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-54 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-55 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-56 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-57 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-58 | Jan. 23, 21, 30 -- 3 emails from Suarez (diminik131@hotmail.com) to CS | | |

| | | | |
|---|---|---|---|
| N-59 | 3 emails from Suarez (diminik131@hotmail.com) to CS *(missing)* | | |
| N-60 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-61 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-62 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-63 | Between 12-22-04 and 02-16-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-64 | 06-13-05 | UC call OUTGOING 011-502-5292-2657 | CS Harol Rodrigo SUAREZ |
| N-65 | photographs of weapons CS sent via email to Suarez | | |
| N-66 | 06-24-05 | UC call OUTGOING 011-502-5292-2657 | CS Harol Rodrigo SUAREZ |
| N-67 | AK-47 photos sent from CS to Suarez (different email account) | | |
| N-68 | N/A | | |
| N-69 | N/A | | |
| N-70 | 6-21-06 DVD containing video and audio-recording of Honduras meeting (Suarez, Daniel LNU, CS) | | |
| N-71 | 06-21-06 VHS video and audio-recording of Honduras meeting (Suarez, Daniel LNU, CS) | | |

| | | | |
|---|---|---|---|
| N-72 | Between 06-29-05 and 09-22-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-73 | Between 06-29-05 and 09-22-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-74 | Between 06-29-05 and 09-22-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-75 | Between 06-29-05 and 09-22-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-76 | Between 06-29-05 and 09-22-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-77 | 09-22-05 | UC call OUTGOING 011-502-5292-2657 | CS Harol Rodrigo SUAREZ |
| N-78 | June 28, July 12, 2005 – 2 emails from Suarez (diminik131@hotmail.com) to CS | | |
| N-79 | 09-27-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ Efran MOTEZUMA |
| N-80 | N/A | | |
| N-81 | N/A | | |
| N-82 | N/A | | |
| N-83 | Between 09-30-05 and 10-15-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-84 | Between 09-30-05 and 10-15-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |

| | | | |
|---|---|---|---|
| N-85 | Between 09-30-05 and 10-15-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-86 | Between 09-30-05 and 10-15-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-87 | Between 09-30-05 and 10-15-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |

N-88    11-21-2005 Results of search warrant on:    chicoche@hotmail.com, account used by Suarez and associates.

| | | | |
|---|---|---|---|
| N-89 | 11-01-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-90 | 12-07-05 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |

N-91    Dec. 5 – 26, 2005 -- 4 emails from Suarez (chicoche_13@hotmail.com) to CS

N-92    N/A

N-93    results of search warrant on chicoche_13@hotmail.com

| | | | |
|---|---|---|---|
| N-94 | Between 01-16-06 and 02-16-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |

N-95    Jan. 16, 23, 25, Feb. 3, 5, 13, 15, 16 -- 8 emails, 2 instant messages from Suarez (chicoche_13@hotmail.com) to CS

N-96    2/27/06 video recording of Cartagena meeting between CS, Suarez, Castro, and Ramirez.

N-97    02-27-06 audio recording of Cartagena meeting between CS, Suarez, Castro, and Ramirez.

N-98    02-27-06 surveillance photos of Cartagena meeting between CS, Suarez, Castro, and Ramirez

N-99    Feb. 27, 2006 flight manifest containing Dario Castro's name

| | | | |
|---|---|---|---|
| N-100 | 03-03-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-101 | 03-06-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-102 | 03-13-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ Nestor Dario CASTRO-Zapata aka Dario |
| N-103 | 03-18-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ Nestor Dario CASTRO-Zapata aka Dario |
| N-104 | 03-20-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ Nestor Dario CASTRO-Zapata aka Dario |
| N-105 | 03-21-06 | UC call UNKNOWN | CS Harol Rodrigo SUAREZ |
| N-106 | 03-21-06 | UC call UNKNOWN | CS Nestor Dario CASTRO-Zapata aka Dario |
| N-107 | 03-22-06 | UC call UNKNOWN | CS Victor Manuel CRUZ-Garcia |
| N-108 | 03-23-06 | UC call UNKNOWN | CS Victor Manuel CRUZ-Garcia |
| N-109 | 3-15-06 | internet chat between Suarez (chicoche_13@hotmail.com) and CS | |

N-110         3-13-06         fax from Suarez to CS

N-111         March 5, 7, 8, 13 -- 8 emails from Suarez (chicoche_13@hotmail.com) to CS

N-112         March 29, 2006 -- CS, Nicaraguan UC, Barreto – video recording of weapons flash in Nicaragua (audio largely unintelligible due to loud music).

N-113         March 29, 2006 -- multiple calls made in Nic. involving CS, Suarez, Castro, Barreto, and Cruz-Garcia.

N-114         03-31-06   first Panama bodywire recording involving CS, Suarez, Castro and Barreto.

N-115         04-01-06 second Panama bodywire recording involving CS, Suarez, Castro and Barreto.

N-116         3-29-06 – 5 surveillance photos of Barreto and weapons inside a house.

N-117         Managua, Nicaragua hotel receipt for Carlos Barreto

N-118         Panama booking photographs shown to CS on 3-15-06, who identified Suarez, Casto and Barreto.

N-119         03-29-06 bodywire recording involving Nicaraguan UC, CS, and Barreto

N-120         03-31-06         UC call                     CS
                              UNKNOWN                    Harol Rodrigo SUAREZ

    Should you have any questions, please contact me at 202-616-8648 or my assistant Mike Sheckels at (202-514-0847). Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825 or by email jim.faulkner@usdoj.gov.

                                              Sincerely,

                                              Jim Faulkner
                                              Trial Attorney