UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                              )<br>)<br>HAROL RODRIGO SUAREZ-GARCIA )<br>   a/k/a "Jose Luis Herrera",       )<br>   a/k/a "Chico, a/k/a "Dominick",  )<br>                                                 )<br>                                                 )<br>NESTOR DARIO CASTRO            )<br>   a/k/a "Alberto",                       )<br>                                                 )<br>**Defendants.**                            ) | Crim. No. 06-101 (GK) |

ORDER

Upon consideration of the Government's Motion to Postpone Trial Date One Week, and there being no objection thereto, it is, this _____ day of _____, 2008,

ORDERED, that the Government's Motion is granted and the trial is rescheduled to commence on August 11, 2008.

_____                              _____
Date                                                                      Gladys Kessler
                                                                              District Court Judge