UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 06-101 (GK) |
| v. ) | |
| ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA ) | |
| a/k/a "Jose Luis Herrera", a/k/a ) | |
| "Chico", a/k/a "Dominick" ) | |
| ) | |
| DARIO CASTRO ) | |
| a/k/a "Alberto", ) | |
| ) | |
| Defendants. ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT GARCIA'S MOTION FOR DISCLOSURE OF CODEFENDANT STATEMENTS

The United States of America, by and through the undersigned attorney, files this response in order to inform the defendants and the Court that, at this juncture, the Government has not been able to locate or discover any post-arrest statements made by Mr. Suarez-Garcia, Mr. Castro, or the defendant who escaped custody in Panama.

While the Government cannot definitively state that there are no post-arrest statements, the Government has been unable to discover, and does not anticipate discovering, any statements. Trial in the instant matter is not scheduled to commence until August 4, 2008. In the event that post-arrest statements of any codefendants are discovered, they will be provided immediately to all codefendants.

Respectfully Submitted,

_____
James A. Faulkner
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., NW 8th Floor
Washington D.C. 20005
202-514-0917

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, April 5, 2008.

_____
James Faulkner