UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-101-01 (GK) |
| HAROL SUAREZ-GARCIA | : | |

<u>DEFENDANT SUAREZ' REQUEST FOR PRESERVATION OF ELECTRONIC MAIL</u>

The defendant, through undersigned counsel, pursuant to the Jencks Act and the Federal Rules of Criminal Procedure, respectfully requests that this honorable court order the government and its various investigative agencies to preserve all electronic mailings that were made in connection with the investigation and prosecution of this case. In support of this request, the defendant states the following:

1. It is well established that the government, under 18 U.S.C. §3500 ("Jencks Act") is required to preserve, and furnish upon defense request, verbatim statements made by government witnesses. Subsection (e)(2) of the Act defines a statement to mean, inter alia, an "electrical recording."

2. Reading the "Jencks" Act in contemporary terms, electronic mail or "e-mail" must be included in this category. The frequency with which e-mail is used in today's world would render the spirit of the Jencks Act meaningless if such "statements" were to be excluded. While there can be little doubt that e-mails should be preserved, because such transmissions are routinely discarded, the defendant believes it would be useful for the court to specifically require the government to do so.

3. Any questions concerning whether such e-mails are witness "statements" within the meaning of the Jencks Act can be answered in the context of trial testimony. The important thing is that the items be preserved and the government and its agents be put on notice that such preservation is required.

4. In making this request, counsel is well aware that the government has provided discovery that indicates that emails were sent by the defendant to the a government informant in the course of the alleged conspiracy. These have been provided and are beyond the scope of this request. What the defendant is asking is that emails that may have been authored by potential government witnesses be preserved as potential Jencks material or even Brady material and be turned over to the defense as required by the applicable law.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant her the relief that he seeks.

Respectfully submitted,

_____
Edward C. Sussman
Counsel for Defendant Suarez-Garcia
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this 13th day of May, 2008, a copy of the foregoing was served through the court's electronic filing system on all interested parties.

_____
Edward C. Sussman