UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                                :        CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA               :

## O R D E R

The court has before it the request of the defendant that the government preserve all electronic mail that might arguably be categorized as Jencks or Bruton material. The court finds that the defendant has advanced good cause for his request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

                                                       _____
                                                       GLADY KESSLER
                                                       UNITED STATES DISTRICT JUDGE

.

Washington, D.C. 20003