UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Crim. Case No.: 06-101 (GK) |
| v. | |
| **NESTOR DARIO CASTRO, et al.** | |

### DEFENDANT'S MOTION TO JOIN CODEFENDANT MOTIONS

**COMES NOW DEFENDANT, Nestor Dario Castro** (hereinafter referred to as "Mr. Castro"), by and through undersigned counsel, and respectfully asks this Court for leave to adopt and join codefendant Harol Suarez-Garcia's motions. Specifically, Mr. Castro seeks leave of the Court to join:

1. ECF Doc. 40 – Notice of Rule 404(b) Evidence
2. ECF Doc. 41 – Disclosure of Codefendant Statements
    a. As the motion applies to Mr. Castro
3. ECF Doc. 46 – Request for Preservation of Electronic Mail
4. ECF Doc. 47 – Request for Pretrial Hearing on Codefendant Conspiratorial Statements
5. ECF Doc. 49 – Notice of Government Expert Testimony

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF.

_____/s/_____
Manuel J. Retureta, Esq.