**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|
|
**UNITED STATES OF AMERICA**            |
                                        |    **Crim. Case No.:  06-101  (GK)**
**v.**                                  |
                                        |
**NESTOR DARIO CASTRO, et al.**         |
                                        |
                                        |

**<u>ORDER</u>**

Upon consideration of defendant, Nestor Dario Castro's, motion to join codefendant motions, it is this _____ day of _____ 2008, hereby **ORDERED,** that the defendant's motion is **GRANTED.**

**SO ORDERED THIS _____ DAY OF _____, 2008.**

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All Parties Via ECF.