UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NESTOR DARIO CASTRO, et al.

Crim. Case No.: 06-101 (GK)

**FILED**

MAY 1 6 2008

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Upon consideration of defendant, Nestor Dario Castro's, motion to join codefendant motions, it is this  16th  day of  May  2008, hereby **ORDERED**, that the defendant's motion is **GRANTED**.

**SO ORDERED THIS** 16th **DAY OF** May , 2008.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All Parties Via ECF.