UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :        CR. NO. 06-101-01 (GK)

HAROL RODRIGO SUAREZ-GARCIA     :

DEFENDANT'S NOTICE OF CO-DEFENDANT
MOTIONS THAT HE SEEKS TO ADOPT

The defendant, through undersigned counsel, pursuant to the order of this honorable court, respectfully informs the court and the parties of his desire to adopt the following motions that have been filed by co-defendant Nestor Dario:

1. Motion for Disclosure of Jencks/Giglio Material & Witness and Exhibit Lists [52];

2. Motion for Disclosure of Confidential Source [53];

3. Motion in Limine to Preclude Wiretap Evidence & Request for Translated Transcripts [54];

4. Motion for a Bill of Particulars [55].

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and permit him to adopt relevant motions filed on behalf of the co-defendant.

Respectfully submitted,

_____/s/_____
Edward C. Sussman No. 174623
Counsel for Defendant Sussman
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, a copy of the foregoing was served electronically, on all interested parties.

_____/s/_____
Edward C. Sussman