UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **Criminal Case No. 06-101 (GK)** |
| HAROL RODRIGO SUAREZ-GARCIA, ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' "Motion for a Pre-Trial Hearing Regarding Co-Defendant Statements That Are Alleged to Be in Furtherance of The Conspiracy," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**.

DATE: _____

                                                                             _____
                                                                             GLADYS KESSLER
                                                                              JUDGE
                                                                             UNITED STATES DISTRICT COURT