UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA, ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | Crim. No. 06-101 (GK) |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the defendants' "Motion to disclose identities of confidential source and government witnesses," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**, and that the confidential source (CS) be allowed to testify under a pseudonym, provided that the CS' real identity, which shall remain under seal, be provided to defense counsel immediately upon the swearing of the jury.

DATE: _____

                                                            _____
                                                            GLADYS KESSLER
                                                            JUDGE
                                                            UNITED STATES DISTRICT COURT