UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-101 (GK) |
| NESTOR DARIO CASTRO, *et al.*, | : |
| Defendants. | : |

### ORDER

Defendant Suarez-Garcia has filed a Request for Preservation of Electronic Mail. For the following reasons, that Motion is **denied**.

In its Opposition, the Government has somewhat mischaracterized the breadth of Defendant's request. Defendant requested only that the material in question be preserved pending a determination as to whether it constituted Jencks, Brady, or Giglio material to which the Defendant was entitled.

In any event, the Government has made it clear in its Opposition, to which there was no Reply, that "it has provided in discovery all such materials in its possession in compliance with its Jencks, Brady, and Giglio obligations." Govt.'s Opp. at 2. In addition, the Government indicates that any other email or "chats" in the Confidential Source's account have been deleted. Finally, the Government represents that it has sent preservation letters to all known accounts tied to the Defendant and the Confidential Source, even though it believes it is under no obligation to preserve or obtain email accounts that are not in its possession or under its control. In sum, it would appear that the Defendant's request has, in fact, been complied with.

In its Opposition, the Government requests a pretrial ruling on the authenticity of the emails between Defendant Suarez-Garcia and the Confidential Source. The Government represents that the Confidential Source, who was a party to all the email communications to be used at trial, will

authenticate them. This procedure would seem to be appropriate. See United States v. Safavian, 435 F. Supp.2d 36, 38, 40 n. 2 (D.D.C. 2006). The Defendant has not filed any Reply to the Government's Opposition or voiced any objection to its proposed method of authentication.

For these reasons, it is hereby

**ORDERED**, that the Request for Preservation of Electronic Mail is **denied**; and it is further

**ORDERED**, that the Government may proceed to authenticate the emails between Defendant Suarez-Garcia and the Confidential Source in the manner described above. Thereafter, any evidentiary objections to the contents of the emails will be ruled on by the Court.

June 11, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**