UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-101 (GK) |
| | : | |
| NESTOR DARIO CASTRO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendant Castro has filed a Motion for a Bill of Particulars. Upon consideration of the Motion, the Opposition,[1] the Indictment, and the applicable law, the Court concludes that the Motion should be **denied**.

First, it must be noted that Defendant is not entitled to any description of overt acts in light of the fact that 21 U.S.C. § 963 does not require the Government to prove the commission of any such overt acts in furtherance of the conspiracy. United States v. Shabani, 513 U.S. 10 (1994); United States v. Mejia, 448 F.3d 436, 445 (D.C. Cir. 2006). In addition, a bill of particulars should not be used as a means of compelling disclosure of the Government's evidence prior to trial or as a general discovery device. United States v. Whitehorn, 710 F. Supp. 803, 821 (D.D.C. 1989). That is what Defendant is seeking in this Motion. Finally, it would appear from the Government's representations, which are not disputed, that it has already provided a significant amount of material to the Defendant and has gone far beyond its legal obligations. See Govt.'s Opp. at 7-8.

---

[1] No Reply was filed.

For these reasons, it is this 11th day of June, 2008, hereby

**ORDERED**, that the Defendant's Motion for a Bill of Particulars is **denied**.

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**