UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA, ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | Crim. No. 06-101 (GK) |
| ) | |
| Defendants. ) | |

## PROTECTIVE ORDER

In light of the potential harm to the government's confidential source (CS), as stated in the Court's Order of June 10, 2008 (ECF Document 73), it is hereby

ORDERED, that Government counsel provide to the defense the true name of the CS, as well as all <u>Brady</u>, <u>Giglio</u> and additional <u>Jencks</u> material on the CS, one week prior to the commencement of trial;

ORDERED that the true name, along with any <u>Brady</u>, <u>Giglio</u>, <u>Jencks</u> or other discovery (provided henceforth or previously) tending to reveal the identity of the CS, shall remain under seal and not be revealed or distributed outside the defense team (attorney, defendant, investigator, interpreter) without permission of the government or leave of court;

ORDERED that anyone who violates this order may be held in contempt of court;

ORDERED that defense counsel advise each member of the defense team of their obligations pursuant to this order, and advise the Court of any known or suspected violations of this ruling.

DATE: _____                    _____
                                        GLADYS KESSLER
                                        JUDGE
                                        UNITED STATES DISTRICT COURT