UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA,** ) | Crim. No. 06-101 (GK) |
| ) | |
| **NESTOR DARIO CASTRO,** ) | |
| ) | |
| **Defendants.** ) | |

**CONSENT MOTION FOR TRIAL NOT TO BE IN SESSION ON FRIDAYS**

The United States of America, without opposition from defense counsel, respectfully requests that the trial in the above captioned case, scheduled to begin on August 11, 2008, not be in session on Fridays for the duration of the proceedings. The government anticipates bringing Spanish-speaking witnesses into the United States from up to four different foreign countries, and having Fridays off will provide adequate time to meet with these witnesses prior to their testimony and arrange for the presence of interpreters required during those meetings.

**WHEREFORE**, the government requests that the Court grant its "Consent Motion for Trial Not to be in Session on Fridays."

Respectfully submitted,

  /s/
Jim Faulkner
Trial Attorney

Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW, 8th Floor
Washington, D.C.  20005
202-514-0928
Jim.Faulkner@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, June 30, 2008.

                                            /s/
                                    Jim Faulkner