UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
)
HAROL RODRIGO SUAREZ-GARCIA, ) Crim. No. 06-101 (GK)
)
NESTOR DARIO CASTRO, )
)
Defendants. )

FILED
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

### ORDER

Upon consideration of the government's "Consent Motion for Trial Not to be in Session on Fridays," the Court hereby **ORDERS** that the government's motion is **GRANTED**.

DATE: 6/30/08

GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT