UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 06-101 (GK) |
| **HAROL RODRIGO SUAREZ-GARCIA** a/k/a "Jose Luis Herrera," a/k/a "Chico," a/k/a "Dominick," | ) |
| **NESTOR DARIO CASTRO,** a/k/a "Alberto," | ) |
| Defendants. | ) |

**O R D E R**

The Court having reviewed the government's "Motion in limine for Jenck's Act Hearings Outside the Presence of the Jury," any opposition thereto, and good cause appearing therefor, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of _____, 2008.

_____

GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT