UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.                                              :          CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA               :

O R D E R

The court has before it the request of the defendant that he be transferred to the Central Treatment Facility. The court notes that the defendant has advanced good cause for his request and that such transfer is necessary to insure the defendant's safety. It is, therefore, this ____ day of July, 2008,

    ORDERED, that the motion be, and hereby is, granted.

                                                                       _____
                                                                       GLADY KESSLER
                                                                       UNITED STATES DISTRICT JUDGE

cc:    Warden Caufield
        Correctional Treatment Facility
       1901 E Street S.E.
       Washington, D.C. 20003

       Records Office
       D.C. Jail
       1901 D Street S.E.
       Washington, D.C. 20003

Office of the General Counsel
D.C. Department of Corrections
Washington, D.C.
Washington, D.C. 20530
Fax 202 514-8707


U.S. Marshal'S Service
Prisoner Coordination Section
U.S. Courthouse
Washington, D.C. 20001
.