UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | **Crim. No. 06-101 (GK)** |
| **v.**     ) | |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA**     ) | |
| a/k/a "Jose Luis Herrera," a/k/a     ) | |
| "Chico," a/k/a "Dominick,"     ) | |
| ) | |
| **NESTOR DARIO CASTRO,**     ) | |
| a/k/a "Alberto,"     ) | |
| ) | |
| **Defendants.**     ) | |

## GOVERNMENT'S PROPOSED JURY VERDICT FORM

The United States of America, by and through the undersigned attorney, respectfully submits a proposed jury verdict form for use in connection with the above-captioned case at trial. (Attached as Exhibit A). The government advises the court that a substantially similar jury verdict form was previously approved and utilized by this court in the narcotics conspiracy trial *United States v. Darren Ferguson*, Cr.No. 04-043 (GK).

**WHEREFORE**, the government respectfully requests that the foregoing jury verdict form be utilized in this case.

                                            Respectfully submitted,
                                            _____/s/_____
                                            Jim Faulkner
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Narcotic and Dangerous Drug Section
                                            1400 New York Ave., NW, 8th Floor
                                            Washington, D.C. 20005
                                            (202) 616-8648
                                            Jim.faulkner@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, July 17, 2008.

            _____/s/_____
            Jim Faulkner